1

2        UNITED STATES DISTRICT COURT

3        NORTHERN DISTRICT OF CALIFORNIA

4

| | |
|---|---|
| ABRAMS v. JDS UNIPHASE CORP. | Nos.    C-02-1517 CW |
| SALEIK v. JDS UNIPHASE CORP. | C-02-1561 CW |
| BROCKWELL v. JDS UNIPHASE CORP. | C-02-1574    CW |
| DOLZHANSKY v. JDS UNIPHASE CORP. | C-02-1592 CW |
| RAYMOND v. JDS UNIPHASE CORP. | C-02-1625 CW |
| GRABAR v. JDS UNIPHASE CORP. | C-02-1661 CW |
| ARMOUR v. JDS UNIPHASE CORP. | C-02-1662 CW |
| HACKER v. JDS UNIPHASE CORP. | C-02-1690 CW |
| MURPHY v. JDS UNIPHASE CORP. | C-02-1696 CW |
| ERISMAN v. JDS UNIPHASE CORP. | C-02-1715 Cw |
| OMAR v. JDS UNIPHASE CORP. | C-02-1739 CW |
| CANTAMOUNT v. JDS UNIPHASE CORP. | C-02-1771 CW |
| HALPERN v. JDS UNIPHASE CORP. | C-02-1775 CW |
| CAPE v. JDS UNIPHASE CORP. | C-02-1776 CW |
| SKUBELLA v. JDS UNIPHASE CORP. | C-02-1826 CW |
| KIRK v. JDS UNIPHASE CORP. | C-02-2009 CW |
| STERRETT v. JDS UNIPHASE CORP. | C-02-2024 CW |
| THOMAS v. JDS UNIPHASE CORP. | C-02-2060 CW |
| ELLIS v. JDS UNIPHASE CORP. | C-02-2117 CW |
| JUNGREIS v. JDS UNIPHASE CORP. | C-02-2135 CW |
| SOLLINS v. JDS UNIPHASE CORP. | C-02-2137 CW |
| SALTER v. JDS UNIPHASE CORP. | C-02-2293 CW |
| REINSICH v. JDS UNIPHASE CORP. | C-02-2355 CW |
| HOUSTON MUNICIPAL EMPLOYEES PENSION   SYSTEM v. JDS UNIPHASE CORP. | C-02-2569 CW |
| HESANO v. JDS UNIPHASE CORP. | C-02-3008 CW |
| KHANNA v. JDS UNIPHASE CORP. | C-02-3346 CW |
| GREENFOGEL v. JDS UNIPHASE CORP. | C-02-4865 CW |
| _____ / | ORDER DISMISSING CONSOLIDATED CASES |

    The above-captioned cases having been consolidated for all further proceeding with C-02-1486 CW, <u>In re JDS Uniphase Securities Litigaiton</u>,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain these files as an open ones for statistical purposes,

and the Clerk is instructed to submit the JS-6 Forms to the Administrative Office.

  2. Nothing contained in this Order shall be considered a dismissal or disposition of these actions, and, should further proceedings become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 7/14/05           /s/ CLAUDIA WILKEN

                 _____
                 CLAUDIA WILKEN
                 United States District Judge